O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RENEE JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>Respondent. | Case No. EDCV 23-02165 KK (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed, and this action is dismissed without prejudice.

DATED: May 29, 2024

_____
KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE